**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LPL FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:19-cv-00120-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER J. LOSSING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the Report and Recommendation ("R&R") of United States

Magistrate Judge Cam Ferenbach, (ECF No. 14), which recommends that Plaintiff LPL

Financial, LLC's ("Plaintiff's") Motion for Default Judgment, (ECF No. 8), be granted in part[1]

and that final judgment be entered against Defendant Christopher Lossing ("Defendant").

A party may file specific written objections to the findings and recommendations of a

United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

determination of those portions to which objections are made. *Id*.  The Court may accept, reject,

or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is

not required to conduct "any review at all . . . of any issue that is not the subject of an

objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

that a district court is not required to review a magistrate judge's report and recommendation

where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

---

[1] The R&R recommends that the Court grant Plaintiff's Motion for Default Judgment with respect to claims 1–7 of the Complaint, (ECF No. 1), but deny the Motion as to claim 8. (R&R 1:11–12).

1    1122 (9th Cir. 2003).

2          Here, no objections were filed, and the deadline to do so, June 16, 2020, has passed.

3    (Min. Order, ECF No. 14).

4          Accordingly,

5          **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 14), is

6    **ACCEPTED AND ADOPTED in full**.

7          **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No.

8    8), is **GRANTED in part**.  The Court **GRANTS** Plaintiff's Motion with respect to claims 1–7

9    of the Complaint.  The Court **DENIES** Plaintiff's Motion with respect to claim 8.

10         The Clerk of Court shall close the case and enter judgment accordingly.

11         **DATED** this __22__ day of June, 2020.

12

13    _____

14    Gloria M. Navarro, District Judge
      United States District Court

15

16

17

18

19

20

21

22

23

24

25