AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LPL Financial, LLC,

           Plaintiff,

v.

Christopher J. Lossing,

           Defendant.

DEAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00120-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendant. The Court grants Plaintiff's Motion with respect to claims 1-7 of the Complaint. The Court denies Plaintiff's Motion with respect to claim 8.

6/23/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk